UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA S. HERRERA,<br><br>Plaintiff,<br><br>v.<br><br>S. BENAVIDES, et al.,<br><br>Defendants. | Case No. 22-cv-07600 BLF (PR)<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT; GRANTING PLAINTIFF LEAVE TO FILE NEW FIRST AMENDED COMPLAINT**<br><br>(Docket No. 9) |

Plaintiff, a state inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983, against officers at Salinas Valley State Prison ("SVSP"). Dkt. No. 1. The Court dismissed the complaint with leave to amend to attempt to correct several pleading deficiencies. Dkt. No. 8. Plaintiff filed a first amended complaint which appears to be missing page 2, which is essential as it shows the exhaustion of administrative remedies, names the defendants, and is the beginning of the statement of facts. *See* Dkt. No. 9 at 1-3. Accordingly, the Court will STRIKE the first amended complaint filed under Docket No. 9, and grant Plaintiff leave to file a new first amended complaint.

## CONCLUSION

For the foregoing reasons, the Court orders as follows:

1. The first amended complaint shall be **STRICKEN**. Dkt. No. 9.

2. Within **twenty-eight (28) days** of the date this order is filed, Plaintiff shall file a new first amended complaint to correct the deficiencies described in the Court's Order of Dismissal with Leave to Amend, Dkt. No. 5. The first amended complaint must include the caption and civil case number used in this order, Case No. 22-cv-07600 BLF (PR), and the words "FIRST AMENDED COMPLAINT" on the first page. If using the court form complaint, Plaintiff must answer all the questions on the form in order for the action to proceed. The first amended complaint supersedes the original, the latter being treated thereafter as non-existent. *Ramirez v. Cty. Of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015). Consequently, claims not included in the first amended complaint are no longer claims and defendants not named in an amended complaint are no longer defendants. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir.1992).

3. **Failure to respond in accordance with this order in the time provided will result in the dismissal with prejudice of this action for failure to state a claim, without further notice to Plaintiff.**

4. The Clerk shall include a copy of the first amended complaint that was filed, Dkt. No. 9, and two copies of the court's complaint with a copy of this order to Plaintiff.

**IT IS SO ORDERED.**

Dated: __September 22, 2023___

                                                  BETH LABSON FREEMAN
                                                United States District Judge