IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA S. HERRERA,**<br><br>                                    Plaintiff,<br><br>v.<br><br>**S. BENAVIDES, et al.,**<br><br>                                    Defendant. | Case No. 5:22-cv-07600-BLF<br><br>**ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND ADMINISTRATIVE MOTION TO CHANGE TIME TO FILE A DISPOSITIVE MOTION** |

Defendant S. Benavides has moved the Court to change the time to file a motion for summary judgment or a dispositive motion, requesting to extend the date to file such a motion by 100 days. Having read and considered Defendant's motion and the accompanying declaration of counsel, and for good cause appearing, the motion is **GRANTED**.

Defendants may file and serve a dispositive motion by September 30, 2024. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served on Defendants no later than twenty-eight days after the motion is filed. Defendants shall file a reply brief no later than fourteen days after Plaintiff's opposition is filed.

**IT IS SO ORDERED.**

Dated: __June 25, 2024_____                    _____
                                                                              The Honorable Beth Labson Freeman

1

Order (5:22-cv-07600-BLF)