|1
|2
|3
|4
|5
|6
|7
|8
|9
|10
|11
|12
|13
|14
|15
|16
|17
|18
|19
|20
|21
|22
|23
|24
|25
|26
|27
|28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSHUA S. HERRERA,

Plaintiff,

v.

S. BENAVIDES, et al.,

Defendants.

Case No. 22-cv-07600 BLF (PR)

**ORDER OF DISMISSAL**

(Docket No. 21)

Plaintiff, a state inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983 against officers at Salinas Valley State Prison. Dkt. No. 1. On March 22, 2024, the Court found the complaint stated a cognizable claim for retaliation against S. Benavides and John/Jane Doe Defendants, and ordered the matter served; Defendants were directed to file a dispositive motion or notice regarding such motion. Dkt. No. 13. The last order granted Defendants an extension of time to do so until January 8, 2025. Dkt. No. 20. On January 7, 2025, the parties filed stipulation for voluntary dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), having settled the matter. Dkt. No. 21.

Pursuant to the joint stipulation, this action shall be dismissed with prejudice as to all Defendants. Each party is to bear its own litigation costs and attorney's fees.

The Clerk shall terminate all pending deadlines as moot.

This order terminates Docket No. 21.

**IT IS SO ORDERED.**

Dated:  _January 10, 2025_____                    _____
                                                                                  BETH LABSON FREEMAN
                                                                                  United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.22\07600Herrera_dism(stip)

2